In the Matter of BEN FORMAN et al., Appellants, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.

Argued November 30, 1939; decided December 28, 1939.

*Samuel D. Smoleff* for appellants.

*William C. Chanler, Corporation Counsel (Robert H. Schaffer* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.